**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS**

| | |
|---|---|
| LUCY CRUZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| MIDLAND CREDIT MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S COMPLAINT**

Plaintiff, LUCY CRUZ ("Plaintiff"), through her attorneys, Korth Law Office, alleges the following against Defendant, MIDLAND CREDIT MANAGEMENT, INC. ("Defendant"):

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. 1692, et seq.

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 28 U.S.C. §1331 and 15 U.S.C. §1692k (FDCPA).

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Venue and personal jurisdiction in this District are proper because Defendant does or transacts business within this District, and a material portion of the events at issue occurred in this District.

**PARTIES**

5. Plaintiff is a natural person residing in Holyoke, Hampden County, Massachusetts.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3).

7. Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6)

9. Within the last year, Defendant attempted to collect a consumer debt from Plaintiff.

10. Defendant is debt collection agency headquartered in San Diego, San Diego County, California.

11. Defendant's business includes, but is not limited to, collecting on unpaid, outstanding account balances.

12. The principal purpose of Defendant's business is the collection of debts allegedly owed to third parties.

13. Defendant regularly collects, or attempts to collect, debts allegedly owed to third parties.

14. During the course of its attempts to collect debts allegedly owed to third parties, Defendant sends to alleged debtors bills, statements, and/or other correspondence, via the mail and/or electronic mail, and initiates contact with alleged debtors via various means of telecommunication, such as by telephone and facsimile.

15. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

16. Defendant is attempting to collect a consumer debt from Plaintiff, originating from T-mobile, account number ending in 7275("Account").

17. Plaintiff's alleged debt owed arises from transactions for personal, family, and household purposes.

18. Plaintiff retained the services of Lawyers United for Debt Relief ("LUDR") to help Plaintiff with Plaintiff's debts.

19. LUDR assists individuals and families get out of debt by developing the best possible debt relief plan for their clients.  LUDR strives to minimize the burden caused by credit card debt, unpaid medical bills, disconnected utility/phone bills, etc.  LUDR also provides education on financial planning, debt relief advice, and legal services in regards to debt management.

20. On or about June 15, 2012, Defendant mailed a collection letter to Plaintiff regarding the Account.  *See* Defendant's letter attached as Exhibit A.

21. On July 10, 2012, LUDR faxed a letter, along with a signed authorization, containing a notice of representation, cease and desist request, and a proposed payment plan in the amount of $10.00 a month to Defendant.  *See* LUDR letter attached as Exhibit B.

22. LUDR's letter was provided to Defendant with Plaintiff's name, the account number, a signed authorized by Plaintiff, a cease and desist request, notice of representation, and a proposed payment plan.  *Id.*

23. On July 10, 2012, after LUDR's letter was faxed to Defendant, a Transmission Verification Report was generated.  *Id.*

24. According to the Transmission Verification Report, Defendant received LUDR's letter on July 10, 2012.  *Id.*

25. Despite having received Plaintiff's cease and desist request, letter informing Defendant of LUDR's representation, and Plaintiff's proposed payment plan, on July 10, 2012, Defendant continued to send collection letters to Plaintiff.

26. Specifically, Defendant sent collection letters to Plaintiff on, but not limited to, October 1, 2014, January 2, 2015, and March 20, 2015. *See* letters attached as Group Exhibit C.

27. Despite Plaintiff's requests that Defendant cease contacting her directly in connection with the alleged Account, and despite being informed of LUDR's representation of Plaintiff, Defendant continued to contact Plaintiff directly.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

28. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692c(a)(2) of the FDCPA by communicating with Plaintiff after Defendant was informed and had knowledge of LUDR's representation of Plaintiff and was given LUDR's names and address; and

    b. Defendant violated §1692c(c) of the FDCPA by communicating with Plaintiff after Defendant received Plaintiff's written cease and desist letter.

WHEREFORE, Plaintiff, LUCY CRUZ, respectfully requests judgment be entered against Defendant, MIDLAND CREDIT MANAGEMENT, INC., for the following:

29. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

30. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

31. Any other relief that this Honorable Court deems appropriate.

                                          RESPECTFULLY SUBMITTED,

DATED: September 28, 2015        By: _/s/Sebastian Korth_____
                                           Sebastian Korth
                                           Korth Law Office
                                           One Center Plaza, Suite 220
                                           Boston, MA 02108
                                           Tele: (617) 259-1955
                                           Fax: (617)238-2167
                                           skorth@korthlawoffice.com
                                           Attorney for Plaintiff