UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUCY CRUZ, | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 15-13573-KAR |
| | ) |
| v. | ) |
| | ) |
| MIDLAND CREDIT MANAGEMENT INC., | ) |
| | ) |
| Defendant. | ) |

SETTLEMENT ORDER OF DISMISSAL
January 28, 2016

The court, having been advised on January 28, 2016, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Melissa M. Calderón
Melissa M. Calderon
Deputy Clerk